# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| ANDRE JONES, #09A4947, ) | Civil No. 3:09-2161 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CAMDEN POLICE DEPARTMENT; AND ) | |
| E.R. COREY, ) | |
| ) | |
| Defendants. ) | |

The above referenced matter is before this court upon the plaintiff's objection to the Magistrate Judge's Report and Recommendation. This objection was filed September 7, 2010, which was after the court prepared its order affirming the Magistrate Judge's Report and Recommendation (order filed September 1, 2010). **The plaintiff's objections have been received, considered and are overruled.**

The Report and Recommendation of the Magistrate Judge is **AFFIRMED**.

**AND IT IS SO ORDERED.**

David C. Norton
Chief United States District Judge

Charleston, South Carolina
September 15, 2010

### *NOTICE OF RIGHT TO APPEAL*
The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.